Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                             Case No.: 15−27141−VFP
                             Chapter:  13
                             Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Elizabeth A. Antenucci | Gregory J. Antenucci |
| 288 Stanton Street | 288 Stanton Street |
| Rahway, NJ 07065 | Rahway, NJ 07065 |

Social Security No.:
  xxx−xx−6381                                           xxx−xx−4491

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>December 10, 2020</u>                 <u>Vincent F. Papalia</u>
                                                      Judge, United States Bankruptcy Court